IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>c/o Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530,<br>                      Plaintiff,<br><br>v.<br><br>VALUEACT CAPITAL PARTNERS, L.P.<br>435 Pacific Avenue, 4th Floor<br>San Francisco, California 94133,<br>                      Defendant. | Civil Action No. |

## STIPULATION

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

(1) the parties consent that the Court may file and enter a Final Judgment in the form attached to this Stipulation, on the Court's own motion or on the motion of any party at any time, and without further notice to any party or other proceedings, if Plaintiff has not withdrawn its consent, which it may do at any time before the entry of judgment by serving notice of its withdrawal on Defendant ValueAct Capital Partners, L.P. and filing that notice with the Court;

(2) Defendant ValueAct Capital Partners, L.P. waives any objection to venue or jurisdiction for purposes of this Final Judgment and authorizes Bilal Sayyed of O'Melveny & Myers LLP to accept service of all process in this matter on its behalf; and

(3) in the event Plaintiff withdraws its consent or if the proposed Final Judgment is not entered pursuant to this Stipulation, this Stipulation shall be of no effect whatever and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

Dated: July 30, 2007

**FOR THE DEFENDANT:**

David T. Beddow
D.C. Bar No. 288514
Bilal Sayyed
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Counsel for Defendant

2

FOR THE PLAINTIFF:

_____
Thomas O. Barnett
Assistant Attorney General
December 18, 2007

Department of Justice
Antitrust Division
Washington, D.C. 20530
(202) 514-2401

_____
Jeffrey Schmidt
D.C. Bar No. 416716
Director

_____
Roberta S. Baruch
D.C. Bar No. 269266
Deputy Assistant Director

_____
Kenneth A. Libby
Attorney

Bureau of Competition
Federal Trade Commission
6th Street and Pennsylvania Ave., N.W.
Washington, D.C. 20580
(202) 326-2694

3